UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FRANGIE ESPINAL, *on behalf of herself and all others similarly situated*,  :
:
                        Plaintiff,      :      24-CV-4898 (JMF)
:
     -v-                               :          ORDER
:
CROSBY BOOT HOLDINGS, LLC,     :
:
                       Defendant.     :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: July 1, 2024
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge