UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

               Plaintiffs,

               v.

CROSBY BOOT HOLDINGS, LLC,

               Defendant.

------------------------------------- x

No.: 1:24-cv-4898

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, CROSBY BOOT HOLDINGS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       October 15, 2024

                                   **GOTTLIEB & ASSOCIATES PLLC**

                                                  */s/Michael A. LaBollita, Esq.*

                                   Michael A. LaBollita, Esq., (ML-9985)
                                       150 East 18th Street, Suite PHR
                                                    New York, NY 10003
                                                        Phone: (212) 228-9795
                                                           Fax: (212) 982-6284
                                                        Michael@Gottlieb.legal

                                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

October 16, 2024